# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** __II__  **Investigating Agency** __ATF__

**City** _____

**County** Middlesex / Essex

**Related Case Information:**
Superseding Ind./ Inf. 24-cr-10121-ADB    Case No. _____
Same Defendant __X__    New Defendant _____
Magistrate Judge Case Number   24-mj-06211-MPK, 24-mj-06423-MPK
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☐ No

**Defendant Information:**

Defendant Name: Daniel Loughman    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: 242 Water Street, Wakefield, MA

Birth date (Yr only): 1985   SSN (last 4#): 1635   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: John T. Dawley, Jr.    Bar Number if applicable: 683662

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** _____

**Arrest Date:** 3/7/2024

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Lawrence District Court  ☐ Serving Sentence  ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/18/2024    Signature of AUSA:  /s/ John T. Dawley, Jr.

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   _____Daniel Loughman_____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841 | Possession with intent to distribute 50 grams+ of methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 846 | Conspiracy to distribute, 50 grams+ of methamphetamine | 2 |
| Set 3 | 21 U.S.C. § 841 | Possession with intent to distribute, and distribution of, 50 grams+ of methamphetamine | 3 |
| Set 4 | 21 U.S.C. § 841 | Possession with intent to distribute, and distribution of, 50 grams+ of methamphetamine | 4 |
| Set 5 | 18 U.S.C. § 922(a)(1)(A | Engaging in the business of dealing in firearms without a license | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** _____   **Category No.** __II__  **Investigating Agency** __ATF__

**City** _____
**County** Middlesex / Essex

**Related Case Information:**
Superseding Ind./ Inf.  24-cr-10121-ADB    Case No. _____
Same Defendant _____    New Defendant  X
Magistrate Judge Case Number  24-mj-06211-MPK, 24-mj-06423-MPK
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☐ No

**Defendant Information:**
Defendant Name  James Snow    Juvenile: ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No
Alias Name: _____
Address:  106 10th Street, Tewksbury, MA
Birth date (Yr only): 1990   SSN (last 4#): 1397   Sex: M   Race: _____   Nationality: _____

Defense Counsel if known: _____   Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: John T. Dawley, Jr.    Bar Number if applicable: 683662

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment
**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony  5

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/18/2024    Signature of AUSA:  /s/ John T. Dawley, Jr.

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   James Snow

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841 | Possession with intent to distribute 50 grams+ of methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 846 | Conspiracy to distribute, 50 grams+ of methamphetamine | 2 |
| Set 3 | 21 U.S.C. § 841 | Possession with intent to distribute, and distribution of, 50 grams+ of methamphetamine | 3 |
| Set 4 | 21 U.S.C. § 841 | Possession with intent to distribute, and distribution of, 50 grams+ of methamphetamine | 4 |
| Set 5 | 18 U.S.C. § 922(a)(1)(A | Engaging in the business of dealing in firearms without a license | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** ____**II**____ **Investigating Agency** ____**ATF**____

**City** _____

**County** __Middlesex / Essex__

**Related Case Information:**
Superseding Ind./ Inf. __24-cr-10121-ADB__    Case No. _____
Same Defendant __X__    New Defendant _____
Magistrate Judge Case Number __24-mj-06211-MPK, 24-mj-06423-MPK__
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes ☐ No

**Defendant Information:**

Defendant Name __Daniell Steenbruggen__    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: __286 Newbury Street, Lot 26, Peabody, MA__

Birth date (Yr only): 1981   SSN (last 4#): 5094   Sex: __F__   Race _____   Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __John T. Dawley, Jr.__    Bar Number if applicable: __683662__

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** _____

**Arrest Date:** __6/14/24__

☑ Already in Federal Custody as of __6/14/24__ in __Wyatt (RI)__.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony __5__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/18/2024    Signature of AUSA: /s/ John T. Dawley, Jr.

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Danielle Steenbruggen

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841 | Possession with intent to distribute 50 grams+ of methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 846 | Conspiracy to distribute, 50 grams+ of methamphetamine | 2 |
| Set 3 | 21 U.S.C. § 841 | Possession with intent to distribute, and distribution of, 50 grams+ of methamphetamine | 3 |
| Set 4 | 21 U.S.C. § 841 | Possession with intent to distribute, and distribution of, 50 grams+ of methamphetamine | 4 |
| Set 5 | 18 U.S.C. § 922(a)(1)(A | Engaging in the business of dealing in firearms without a license | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**　　　　　　　　　　　　　　　　**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____　**Category No.** _____**II**___ **Investigating Agency** _____**ATF**_____

**City** _____

**County** __Middlesex / Essex__

**Related Case Information:**
Superseding Ind./ Inf. __24-cr-10121-ADB__　Case No. _____
Same Defendant _____　New Defendant __X__
Magistrate Judge Case Number __24-mj-06211-MPK, 24-mj-06423-MPK__
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____　☐ Yes　☐ No

**Defendant Information:**

Defendant Name __James Adams__　Juvenile:　☐ Yes　☑ No

Is this person an attorney and/or a member of any state/federal bar:　☐ Yes　☑ No

Alias Name: _____

Address: __23 Central Street, Byfield, MA__

Birth date (Yr only): __1982__　SSN (last 4#): __2043__　Sex: __M__　Race _____　Nationality: _____

**Defense Counsel if known:** _____　Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __John T. Dawley, Jr.__　Bar Number if applicable: __683662__

**Interpreter:**　☐ Yes　☑ No　List language and/or dialect: _____

**Victims:**　☐ Yes　☑ No　If yes, are there multiple crime victims under 18 USC§3771(d)(2)　☐ Yes　☐ No

**Matter to be SEALED:**　☑ Yes　☐ No

☑ Warrant Requested　☐ Regular Process　☐ In Custody

**Location Status:** _____

**Arrest Date:** __2/8/24__

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at __Essex House of Correction__　☑ Serving Sentence　☐ Awaiting Trial
☐ On Pretrial Release:　Ordered by: _____ on _____

**Charging Document:**　☐ Complaint　☐ Information　☑ Indictment

**Total # of Counts:**　☐ Petty _____　☐ Misdemeanor _____　☑ Felony __5__

Continue on Page 2 for Entry of U.S.C. Citations

☑　I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __9/18/2024__　Signature of AUSA: __/s/ John T. Dawley, Jr.__

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**        James Adams

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841 | Possession with intent to distribute 50 grams+ of methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 846 | Conspiracy to distribute, 50 grams+ of methamphetamine | 2 |
| Set 3 | 21 U.S.C. § 841 | Possession with intent to distribute, and distribution of, 50 grams+ of methamphetamine | 3 |
| Set 4 | 21 U.S.C. § 841 | Possession with intent to distribute, and distribution of, 50 grams+ of methamphetamine | 4 |
| Set 5 | 18 U.S.C. § 922(a)(1)(A | Engaging in the business of dealing in firearms without a license | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**