AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 24-cr-10121-ADB |
| JAMES SNOW, a/k/a "TANK" | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   JAMES SNOW, a/k/a "TANK",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and to Possess with Intent to Distribute 50 Grams and More of Methamphetamine
(21 U.S.C. § 846)
Possession with Intent to Distribute, and Distribution of, 50 Grams and More of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))
Engaging in the Business of Dealing in Firearms Without a License
(18 U.S.C. § 922(a)(1)(A))

Date: Sept 18, 2024                                    _____David H. Hennessy_____
                                                         *Issuing officer's signature*

City and state:  Boston, Massachusetts     Hon. David H. Hennessy, U.S. Magistrate Judge
                                                          *Printed name and title*

---

**Return**

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____                                 _____
                                                         *Arresting officer's signature*

                                                         _____
                                                         *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) Case No. 24-cr-10121-ADB |
| JAMES ADAMS, a/k/a "JIMMY" | ) |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JAMES ADAMS, a/k/a "JIMMY"                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and to Possess with Intent to Distribute 50 Grams and More of Methamphetamine
(21 U.S.C. § 846)
Possession with Intent to Distribute, and Distribution of, 50 Grams and More of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

Date: Sept 18, 2024

*Issuing officer's signature*

City and state: Boston, Massachusetts

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____ *Arresting officer's signature* |
| | _____ *Printed name and title* |