UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Crim. No. 24-cr-10121-ADB

UNITED STATES OF AMERICA

v.

JAMES ADAMS

ORDER ON DETENTION MOTION

October 10, 2024

KELLEY, M.J.

The defendant had an initial appearance in connection with the above indictment today, October 10, 2024. He was represented by counsel. The government moved for detention. The defendant is currently in state custody serving a sentence. Accordingly, the court will continue the detention hearing in the instant case until such time as the defendant is released from state custody in accord with the protocol set forth in United States v. King, 818 F.2d 112, 115, n. 3 (1st Cir. 1987). Thus, it is ORDERED that: (1) the detention hearing is continued generally; (2) the defendant is DETAINED pending the detention hearing, see 18 U.S.C. § 3142 ("During a continuance, the defendant shall be detained. . . ."); and (3) the U.S. Marshal shall lodge a detainer against the defendant on the basis of this Order.

/s/ Page Kelley
Page Kelley
UNITED STATES MAGISTRATE JUDGE