UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.:  24-cr-10121-ADB |
| | ) | |
| JAMES ADAMS, a/k/a "Jimmy," | ) | |
| | ) | |

## WAIVER

I, JAMES ADAMS, fully understand that I have now made my Initial Appearance pursuant to Rule 5 of the Federal Rules of Criminal Procedure before a magistrate judge in the District of Massachusetts in the captioned case arising out of a superseding  indictment returned by a federal Grand Jury naming me as a defendant in multiple counts, including violations for conspiracy to distribute and to possess with intent to distribute 50 grams and more of methamphetamine, in violation of 21 U.S.C. § 846 and possession with intent to distribute 50 grams and more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) I also fully understand that I am now a sentenced prisoner committed to the custody  of  the Superintendent of the Essex County House of Corrections in Middleton, Massachusetts, serving a sentence imposed upon me by a court of the Commonwealth of Massachusetts.

I understand that under these circumstances, I have certain rights under the Interstate Agreement on Detainers Act, 18 U.S.C. app. II, art. III(a) and (d), with respect to the federal court securing my presence for proceedings on the above-styled federal indictment.

I have discussed this matter fully with my attorney, Thomas Kerner, Esq., and after having such discussion, I hereby voluntarily waive any rights I might have under the Interstate Agreement on Detainers with respect to any proceedings in this case, *United States of America v. Daniel Loughman et. al*, Criminal No. 24-cr-10121-ADB; and further, I voluntarily consent to

1

the federal court issuing Writs of Habeas Corpus Ad Prosequendum whenever my presence is required in federal court, voluntarily consent to appear by electronic means in virtual proceedings, and voluntarily consent to be returned to state custody after each proceeding at which my presence was achieved through a federal Writ of Habeas Corpus Ad Prosequendum.

_____
JAMES ADAMS
Defendant

_____10-27-24_____
Date

*Acknowledged by:*

_____
THOMAS KERNER, ESQ.
Attorney for the Defendant

_____10/27/2024_____
Date

2