James Adams
Case # 1:24-CR-10121-FDS-4
RE: Requesting a new attorney

Dear Judge M. Page Kelley,

  I am writing to the court requesting the court remove my attorney and provide me new counsel. Counsel and I are unable to communicate effectively, and that has eroded our relationship. Counsel has not shown me all of my evidence, and has not put the effort into my case necessary for an adequate defense. I have no confidence in my attorney, no trust with my attorney, and am unable to communicate with my counsel. For these reasons I am asking the court to replace my counsel with someone else so I may receive effective assistance and participate in my defense.

**Respectfully,**

/s/ **James Adams**