# EXHIBIT A

Case 1:24-cr-10121-FDS    Document 153-1    Filed 03/16/26    Page 2 of 8



# CERTIFICATE *of* COMPLETION

### PRESENTED TO

# JAMES ADAMS

███████

### HAS SUCCESSFULLY COMPLETED THE

## *Rational Thinking*

At The Donald W. Wyatt Detention Facility

L. Jimenez
Program Director
January 2025



Case 1:24-cr-10121-FDS    Document 153-1    Filed 03/16/26    Page 3 of 8



# CERTIFICATE *of* COMPLETION

### PRESENTED TO

## JAMES ADAMS

█████████

HAS SUCCESSFULLY COMPLETED THE

## *SMART InsideOut Program*

At The Donald W. Wyatt Detention Facility



L. Jimenez
Programs Director

February 2025



# CERTIFICATE *of* COMPLETION

PRESENTED TO

# JAMES ADAMS

HAS SUCCESSFULLY COMPLETED THE

## *Criminal Lifestyles*

At The Donald W. Wyatt Detention Facility

L. Jimenez
Programs Director
February 2025



# CERTIFICATE *of* COMPLETION

PRESENTED TO

# JAMES ADAMS

HAS SUCCESSFULLY COMPLETED THE

## *Adjustment to Incarceration*

At The Donald W. Wyatt Detention Facility

L. Jimenez
Programs Director
December 2024

Case 1:24-cr-10121-FDS    Document 153-1    Filed 03/16/26    Page 6 of 8

# CERTIFICATE *of* COMPLETION

### PRESENTED TO

## JAMES ADAMS

███████

### HAS SUCCESSFULLY COMPLETED THE

## *Strategies for Anger Management*

### At The Donald W. Wyatt Detention Facility



L. Jimenez
Programs Director
May 2025

J. Singleton
Programs Specialist

Case 1:24-cr-10121-FDS    Document 153-1    Filed 03/16/26    Page 7 of 8

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## JAMES ADAMS

███████████

HAS SUCCESSFULLY COMPLETED THE

### PARENTING / FAMILY RELATIONSHIPS

At The Donald W. Wyatt Detention Facility

L. Jimenez
Programs Director
September 2025

Jean Singleton
Programs Specialist

Case 1:24-cr-10121-FDS    Document 153-1    Filed 03/16/26    Page 8 of 8



# CERTIFICATE *of* COMPLETION

PRESENTED TO

## JAMES ADAMS

HAS SUCCESSFULLY COMPLETED THE

### *Living with Others*

At The Donald W. Wyatt Detention Facility

L. Jimenez
Programs Director
January 2025