**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>(4) JAMES ADAMS,<br><br>   Defendant. | Case No. 24-cr-10121-FDS |

**ASSENTED-TO MOTION FOR TRANSCRIPT OF SENTENCING HEARING AT NO COST TO THE DEFENDANT**

The defendant, James Adams, ("Mr. Adams") respectfully requests a transcript of his March 20, 2026 sentencing hearing at no cost to him.  In support thereof, Mr. Adams states:

1.      Mr. Adams is indigent, and is represented by court-appointed counsel.

2.      On December 19, 2025, Mr. Adams pled guilty to a superseding indictment.  ECF 138.

3.      On March 20, 2026, Mr. Adams was sentenced to 151 months incarceration, 5 years supervised release, no fine, no restitution, and a mandatory special assessment of $200. ECF 157.

4.      Mr. Adams is currently serving his sentence of incarceration.  He is requesting the transcript of his sentencing hearing so he can have as complete of a record as allowed of the proceedings in the above-captioned matter.

5.      The government assents to this motion.

Accordingly, for the foregoing reasons, Mr. Adams respectfully requests that a copy of the transcript of his March 20, 2026 sentencing hearing be provided at no cost to him.

1

Respectfully submitted,

*/s/ Pietro A. Conte*
George W. Vien (BBO #547411)
Pietro A. Conte (BBO #707055)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
T: (617) 720-2880
F: (617) 720-3554
gwv@dcglaw.com
pac@dcglaw.com

Dated: April 7, 2026

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(a)(2)

I hereby certify that I conferred with counsel for the government and have attempted in good faith to resolve or narrow the issues presented in this motion.  The government assents to this motion.

*/s/ Pietro A. Conte*
Pietro A. Conte

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on April 7, 2026.

*/s/ Pietro A. Conte*
Pietro A. Conte